SEALED

FILED
DEC 20 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
JARED C. DOLAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2767

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-447 GEB |
| Plaintiff, | **ORDER TO SEAL** |
| v. | **(Under Seal)** |
| MANDY RICE, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to seal the indictment, and this Order, in the above-referenced case, shall be sealed until further order of this Court.

DATED: December 20, 2012

_____
ALLISON CLAIRE
United States Magistrate Judge