FILED
January 31, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:12-cr-00447-GEB
      Plaintiff, )
v. )
)   ORDER FOR RELEASE OF
MANDY RICE, )   PERSON IN CUSTODY
)
      Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release MANDY RICE, Case No. 2:12-cr-00447-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  **X**    Release on Personal Recognizance

  ___    Bail Posted in the Sum of: $

        ___    Co-Signed Unsecured Appearance Bond

        ___    Secured Appearance Bond

  **X**    (Other) <u>Conditions as stated on the record.</u>

  ___    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>1/31/2013</u> at <u>12:01 p.m.</u>

By _____
Edmund F. Brennan
United States Magistrate Judge