```
HEATHER E. WILLIAMS, #122664
Federal Defender
ANGELES ZARAGOZA, #270198
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MANDY RICE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>MANDY RICE,<br><br>              Defendant.<br>_____ | ) Cr.S. 12-0447-GEB<br>)<br>) **STIPULATION AND [PROPOSED] ORDER**<br>) **TO CONTINUE STATUS CONFERENCE AND**<br>) **EXCLUDE TIME**<br>)<br>)<br>) DATE:   May 31, 2013<br>) TIME:   9:00 a.m.<br>) JUDGE:  Hon. Garland E. Burrell<br>) |

    IT IS HEREBY STIPULATED and agreed to by United States of America through Assistant United States Attorney JARED DOLAN and ANGELES ZARAGOZA Assistant Federal Defender, attorney for defendant, MANDY RICE that the status conference set for Friday, May 17, 2013 be continued to Friday, May 31, 2013 at 9:00 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for May 31, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

AGREED:

DATED: May 14, 2013                HEATHER E. WILLIAMS
                                   Federal Defender


                                   /s/ Angeles Zaragoza
                                   ANGELES ZARAGOZA
                                   Assistant Federal Defender
                                   Attorney for Defendant



DATED: May 14, 2013                BENJAMIN WAGNER
                                   United States Attorney


                                   /s/ Angeles Zaragoza for
                                   JARED DOLAN
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy

1 trial.

2    The Court orders that the time from the date of the parties
3 stipulation, up to and including May 31, 2013, shall be excluded from
4 computation of time within which the trial of this case must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
6 § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
7 further ordered that the May 17, 2013 status conference shall be
8 continued until May 31, 2013, at 9:00 a.m.

Dated:  May 14, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge