HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
MANDY RICE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-00447 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| MANDY RICE | ) | DATE:     February 21, 2014 |
| Defendant. | ) | TIME:     9:00 a.m. |
| | ) | JUDGE:   Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED and agreed to by United States of America through Assistant United States Attorney JARED DOLAN and BENJAMIN GALLOWAY Assistant Federal Defender, attorney for defendant, MANDY RICE that the status conference set for Friday, February 7, 2014 be continued to Friday, February 21, 2014 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses, continue investigating the facts of the case, and to negotiate a resolution to this matter.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

1    Speedy trial time is to be excluded from the date of this order through the date of the

2  status conference set for February 21, 2014,  pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv)

3  [reasonable time to prepare] (Local Code T4).

4  DATED:  February 3, 2014                          HEATHER E. WILLIAMS
                                                     Federal Defender
5
                                                     */s/ Benjamin Galloway*
6                                                    BENJAMIN GALLOWAY
                                                     Assistant Federal Defender
7                                                    Attorney for Defendant

8  DATED:  February 3, 2014                          BENJAMIN WAGNER
                                                     United States Attorney
9
                                                     */s/ Jared Dolan*
10                                                   JARED DOLAN
                                                     Assistant U.S. Attorney
11                                                   Attorney for Plaintiff

12                                 **O R D E R**

13        The Court, having received, read, and considered the stipulation of the parties, and good

14  cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The

15  Court specifically finds that the failure to grant a continuance in this case would deny counsel

16  reasonable time necessary for effective preparation, taking into account the exercise of due

17  diligence.   The Court finds that the ends of justice to be served by granting the requested

18  continuance outweigh the best interests of the public and defendant in a speedy trial.

19        The Court orders that the time from the date of the parties stipulation, up to and including

20  February 21, 2014, shall be excluded from computation of time within which the trial of this case

21  must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and

22  (B)(iv)[reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the

23  February 7, 2014 status conference shall be continued until February 21, 2014, at 9:00 a.m.

24  Dated:  February 7, 2014

25

26

27  _____
    GARLAND E. BURRELL, JR.
28  Senior United States District Judge